1
2
3
4
5
6
7



8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10               January 2014 Grand Jury

11   UNITED STATES OF AMERICA,        SA CR No. **CR 14 00167**

12              Plaintiff,            I N D I C T M E N T

13          v.                        [18 U.S.C. § 922(a)(1)(A):
                                      Engaging in the Business of
14   JOSEPH ROH,                      Manufacturing and Dealing in
                                      Firearms without a License]
15              Defendant.

16

17

18       The Grand Jury charges:

19              [18 U.S.C. § 922(a)(1)(A)]

20       From on or about January 12, 2013, through on or about February

21   6, 2014, in Orange County, within the Central District of California,

22   defendant JOSEPH ROH, not being licensed as an importer,

23   manufacturer, or dealer in firearms, willfully engaged in the

24   //

25   //

26   //

27   //

28   //

1  business of manufacturing and dealing in firearms, to wit, hundreds

2  of AR-15-type lower receivers, completed pistols, and completed

3  rifles.

A TRUE BILL

/S/
_____
Foreperson

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ROZELLA A. OLIVER
Assistant United States Attorney
Chief, General Crimes Section

SHAWN J. NELSON
Assistant United States Attorney
Deputy Chief, General Crimes Section