NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
Assistant United States Attorney
Acting Deputy Chief, Organized Crime
 Drug Enforcement Task Force Section
BENJAMIN D. LICHTMAN (Cal. Bar No. 241135)
Assistant United States Attorney
Santa Ana Branch Office
     411 West 4th Street
     Santa Ana, California 92701
     Telephone: 213-894-5339/714-338-3530
     Facsimile: 213-894-0142/714-338-3708
     E-mail: shawn.nelson@usdoj.gov
             benjamin.lichtman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 14-00167-JVS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING THE GOVERNMENT'S APPLICATION FOR LEAVE TO FILE AN OVERSIZED BRIEF |
| v. | |
| JOSEPH ROH, et al., | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the Government's *Ex Parte* Application for Leave to File an Oversized Brief is GRANTED. In response to defendant's Motion for Judgment of Acquittal and to Dismiss for Unconstitutional Vagueness (CR 124), the government is granted leave to file its Opposition with a Memorandum of Points and Authorities 45 pages in length.

DATED: _____, 2018

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE