## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.  SACR 14-00167-JVS

Date  April 23, 2019

Present: The Honorable **James V. Selna. US District Court Judge**

Interpreter

| Lisa Bredahl | Sharon Seffens | Shawn Nelson/Benjamin Lichtmann |
|---|---|---|
| *Deputy Clerk* | *Court Reporter.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **JOSEPH ROH** | X | | X | **Gregory Nicolaysen** | X | X | |

**Proceedings:** Closing Argument and Argument on Rule 29 Motion for Judgment of Acquittal and Motion for Judgment of Acquittal and Motion to Dismiss for Unconstitutional Vagueness

Cause is called for hearing with the defendant, his counsel, and counsel for the Government present. Court and counsel confer. At the request of the Government the hearing is ordered OFF CALENDAR as the defendant has agreed to a plea agreement.

0 : 05

Initials of Deputy Clerk  lmb